IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　CASE NO. 5:12cv86-MP-CJK

COINS CURRENCY AND OTHER
VALUABLES SEIZED FROM SAFE
DEPOSIT BOX 24 LOCATED AT
PROSPERITY BANK PANAMA
CITY, FLORIDA,

    Defendant.

_____/

## O R D E R

    This matter is before the court on the parties' joint motion to stay. (Doc. 9). For reasons set forth in the motion, this matter is STAYED pending the conclusion of the criminal indictment. The government is directed to file a status report every ninety (90) days until the resolution of the criminal investigation.

    **DONE and ORDERED** this 15th day of June, 2012.

                                  *s/ M. Casey Rodgers*
                                  **M. CASEY RODGERS**
                                  **CHIEF UNITED STATES DISTRICT JUDGE**